Commonwealth ex rel. Honick, Appellant, *v.*
Maroney.

Submitted April 11, 1966.

*George Honick*, appellant, in propria persona; *Edwin
J. Martin*, Assistant District Attorney, and *Robert W.
Duggan*, District Attorney, for appellee.

Order affirmed.

Commonwealth ex rel. Hutter, Appellant, *v.*
Botula.

Submitted April 11, 1966.

*James Hutter*, appellant, in propria persona; *William
D. Phillips*, Assistant District Attorney, and *Harold
V. Fergus*, District Attorney, for appellee.

Order affirmed.

Commonwealth ex rel. Jackson, Appellant, *v.*
Maroney.

Submitted April 11, 1966.

*Clyde Jackson*, appellant, in propria persona; *Edwin
J. Martin*, Assistant District Attorney, and *Robert W.
Duggan*, District Attorney, for appellee.

Order affirmed.